PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (818) 883-4900
Fax:           (818) 338-2533
Email:       peter@dion-kindemlaw.com

LONNIE C. BLANCHARD III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
5211 East Washington Boulevard, No. 2262
Commerce, California 90040
Telephone: (213) 599-8255
Fax:           (213) 402-3949
Email:              lonnieblanchard@gmail.com

Attorneys for Plaintiff Andres Campos

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Campos, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Converse, Inc. and Does 1 through 10,<br><br>    Defendants. | **Case No. 5:20-cv-01576-JGB-SP**<br>**CLASS ACTION**<br><br>**Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**<br><br>Date:    March 21, 2022<br>Time:   9:00 AM<br>Ctrm:    1 |

PLEASE TAKE NOTICE that on March 21, 2022 at 9:00 a.m. or as soon thereafter as the matter can be heard in the United States District Court for the Central District of California located at 3470 Twelfth Street, Riverside, CA 92501, Plaintiff Andres Campos will and hereby does move the Court for an Order preliminarily

**Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**

1

approving the class action settlement reached in this action as set forth in the accompanying papers.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Peter R. Dion-Kindem, Lonnie C. Blanchard III, Andres Campos, the records and papers on file herein, and on such arguments as may be presented at the time of the hearing on such motion.

Dated: February 17, 2022     THE DION-KINDEM LAW FIRM

BY: _____
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM
Attorney for Plaintiff Andres Campos

**Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**