PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (818) 883-4900
Fax:        (818) 338-2533
Email:      peter@dion-kindemlaw.com

LONNIE C. BLANCHARD III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
177 East Colorado Boulevard, Suite 200
Pasadena, California 91105
Telephone: (213) 599-8255
Fax:        (213) 402-3949
Email:      lonnieblanchard@gmail.com

Attorneys for Plaintiff Andres Campos

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Campos, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>Converse, Inc. and Does 1 through 10,<br><br>　　　　Defendants. | **Case No. 5:20-cv-01576-JGB-SP**<br>**CLASS ACTION**<br><br>**Plaintiff's Request to Appear Telephonically at the Final Approval Motion Hearing**<br><br>Date:　　August 15, 2022<br>Time:　　9:00 AM<br>Ctrm:　　1 |

　　　　Plaintiff's counsel, Peter R. Dion-Kindem and Lonnie C. Blanchard III, request permission to appear telephonically at the Final Approval Motion scheduled on August 15, 2022 at 9:00 a.m. in Courtroom 1. Peter R. Dion-Kindem is in a high-risk category

**Plaintiff's Request to Appear Telephonically at the Final Approval Motion Hearing**

1

re COVID based on his immuno-compromised status and age and Lonnie C. Blanchard is also in a high-risk category based on his age and health condition.

Dated: August 8, 2022					THE DION-KINDEM LAW FIRM

							BY: _____
							PETER R. DION-KINDEM, P.C.
							PETER R. DION-KINDEM
							Attorney for Plaintiff Andres Campos