# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CAMPOS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONVERSE, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:20-cv-01576-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br><br><br>**JUDGMENT** |

　　　　After reviewing Plaintiff Andres Campos's unopposed motion for final approval of class action settlement, attorneys' fees, and costs (the "Motion") the Court **ORDERS** that judgment shall take effect in this action no earlier than November 13, 2022, on the terms set forth in the Court's Order Granting-In-Part and Denying-In-Part Plaintiff's Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Costs (the "Order"), which is incorporated by this reference as though set forth in full.

　　　　**IT IS HEREBY ORDERED** that the Motion is **GRANTED-IN-PART and DENIED-IN-PART** as follows:

1. Because Converse failed to comply with CAFA's notice requirements, this Order shall take effect no earlier than 90 days from today's date (i.e., November 13, 2022), based on the understanding that Converse will provide the appropriate CAFA notice today.

2. The Court **GRANTS** final approval to the parties' Settlement Agreement. The parties shall perform their obligations pursuant to the terms of the Agreement

     and this Order.

3. Plaintiff's request for $150,000 in attorneys' fees and $14,323.53 in costs is **GRANTED.**

4. Plaintiff's request for an incentive award of $8,500 is **DENIED**. He shall instead be paid an incentive award of $6,000 in accordance with this Order.

5. Plaintiff's request for $8,000 in settlement administration costs is **GRANTED**.

6. The following classes are certified under Federal Rule of Civil Procedure 23(c) for settlement purposes:

>   Class 1—Unpaid Wages Class: All non-exempt employees employed by Converse, Inc. at any of Converse, Inc.'s two warehouse facilities in California at any time during the period beginning four years prior to the date of the filing of this action and ending on the date of preliminary approval or as otherwise determined by the Court.
>
>   Class 2—Section 203 Class: All members of any of Class 1 who, during the period beginning three years prior to the date of the filing of this action and ending on the date of preliminary approval or as otherwise determined by the Court, were either voluntarily or involuntarily separated from their employment.

7. All Class Members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Agreement, against any of the released parties, as defined in the Agreement.

8. Except as to any Class Members who have validly and timely requested exclusion, this action is **DISMISSED WITH PREJUDICE**, with all parties to bear their own fees and costs, except as set forth herein and in the prior orders of this Court.

9. Without affecting the finality of this Order, the Court retains jurisdiction over the parties, including Class Members, for the purposes of construing,

1  enforcing, and administering the Order and Judgment, as well as the
2  Agreement itself.
3      The Clerk is **DIRECTED** to enter this Judgment pursuant to Federal Rule of
4  Civil Procedure 58.

6      **IT IS SO ORDERED.**

8  Dated: August 15, 2022

9                                  Honorable Jesus G. Bernal
                                   United States District Judge